IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GENO LEWIS HAWKINS,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3922

Opinion filed October 1, 2014.

Amended Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Geno Lewis Hawkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The amended petition for writ of habeas corpus is dismissed as unauthorized.

See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

LEWIS, C.J., PADOVANO and CLARK, JJ., CONCUR.